OPINION — AG — ** DUAL OFFICE HOLDING — SCHOOL BOARD ** A MEMBER OF A SCHOOL DISTRICT BOARD OF EDUCATION IS PRECLUDED BY THE DUAL OFFICE HOLDING PROVISIONS OF 51 O.S. 6 [51-6], FROM SIMULTANEOUSLY HOLDING THE OFFICE OF COUNTY PURCHASING AGENT ESTABLISHED BY 19 O.S. 1500 [19-1500] ET SEQ. (DUAL OFFICE HOLDING, BOARD OF EDUCATION, OFFICERS) CITE: OPINION NO. 81-064, OPINION NO. 79-041, 19 O.S. 1501 [19-1501], 19 O.S. 1501 [19-1501](1) (BETTY ELROD HUNTER) ** SEE OPINION NO. 92-583 (1992) ** SEE OPINION NO. 87-507 (1987) **